# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GUADALUPE MARIA MARTINEZ,<br><br>　　　　　　　　　Defendant. | Case No. 22-cr-0656-BAS-1<br><br>**ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE (ECF No. 59)** |

　　　Presently before the Court is Defendant Guadalupe Maria Martinez's Motion for Termination of Supervised Release. (ECF No. 59.) Ms. Martinez is self-represented and in custody. Upon review of the Motion, the Court finds the request is premature. The Court can grant a request for early termination of supervised release "after the expiration of one year of supervised release." 18 U.S.C.A. § 3583. Because Ms. Martinez is in custody and has not yet started her term of supervised release, the Court **DENIES** the Motion (ECF No. 59).

　　**IT IS SO ORDERED.**

DATED: December 21, 2023

　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge